*FELONY*

**FILED**
DEC 0 4 2007 NF



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒  YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

**07CR 793**  JUDGE KENNELLY

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE NOLAN**

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒    YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒    YES ☐

6) What level of offense is this indictment or information?    **FELONY ☒**    MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO ☒    YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☒    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) |
| ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery .......... (II) | ☒ Other Fraud ........... (III) | ☐ Immigration Laws ......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ......... (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1343; 31 U.S.C. §§ 5313 and 5324; 18 U.S.C. § 2

*[signature]*

James M. Kuhn, Sr.
Assistant United States Attorney

(Revised 12/99)