# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 793 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. Amjad Sheikh-ali | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the of the information. Defendant waives his right to prosecution by indictment. Kent Carlson is appointed as counsel for defendant. Change of Plea hearing set to 1/24/2008 at 1:30 PM. Ordered time excluded from 12/13/2007 through 1/24/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|