UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of       Case

The United States of America
-v-

AMJAD SHEIKH-ALI

07 CR 793
Judge Kennelly

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMJAD SHEIKH-ALI

**FILED**
DEC 1 3 2007
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

| SIGNATURE |
|---|
| s/ Kent R. Carlson |

| FIRM |
|---|
| Kent R. Carlson & Associates PC |

| STREET ADDRESS |
|---|
| 53 West Jackson Blvd.   Suite 1544 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06187369 | (312) 663-9601 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]  NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X]