# FINANCIAL AFFIDAVIT

CJA 23

**IN SUPPORT OF REQUEST FOR ATTORNEY EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

USA vs. SHEIKH-ALI FOR NDIL

AT CHICAGO

FILED
12-13-07
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKET NUMBERS**

Magistrate

District Court 07CR 793

Court of Appeals

PERSON REPRESENTED (Show your full name)

AMJAD SHEIKH-ALI

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

18 USC 1343 c 31 USC 5313 c 5324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $_____

IF NO, give month and year of last employment 1990
How much did you earn per month $500 1500

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ 35

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE Equity 5,000 DESCRIPTION Horse in Joliet

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☑ WIDOWED SEPARATED OR DIVORCED

Total No. of Dependents 2

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| MTG. | | $ | $ 4,200 |
| Cardin | | $ 2,000 | $ |
| Visa | | $ 500 | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Amjad N A 6/11/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

FILED DEC 13 2007 JUDGE MATTHEW F. KENNELLY UNITED STATES DISTRICT COURT