AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

**UNITED STATES OF AMERICA**

v.

**AMJAD SHEIKH-ALI**

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 793

I, _____Amjad Sheikh-Ali_____, the above named defendant, who is accused of wire fraud in violation of Title 18, Untied States Code, Section 1343; and structuring withdrawals to avoid the currency reporting requirement in violation of Title 31, United States Code, Sections 5313(a) and 5324; being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 13, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**F I L E D**

DEC 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 3 2007

_Defendant_

_Counsel for Defendant_

Before _____
          _Judicial Officer_