# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 793 | **DATE** | 1/24/2008 |
| **CASE TITLE** | UNITED STATES vs. SHEIKH-ALI | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty and enters a plea of guilty to Count One and Two of the indictment. Enter finding of guilty. Case referred to the Probation Office for the preparation of a presentence report. Sentencing set to 5/6/2008 at 1:30 p.m

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | TP |
|---|---|---|