UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 793 |
| v. | ) | |
| | ) | Judge Kennelly |
| AMJAD SHEIKH-ALI | ) | |

**MOTION OF THE UNITED STATES FOR
ENTRY OF PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On December 4, 2007, an Information was filed charging defendant AMJAD SHEIKH-ALI with wire fraud violations, among other violations, pursuant to the provisions of 18 U.S.C. § 1343.

2. The Information sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3. On January 24, 2008, pursuant to Fed. R. Crim. P. 11, defendant AMJAD SHEIKH-ALI entered a voluntary guilty plea to Count One of the Information thereby making certain property subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4. Pursuant to the terms of the plea agreement, as a result of his violation of 18 U.S.C. § 1343, defendant AMJAD SHEIKH-ALI agreed that certain property, namely, funds in the amount of $698,014.22 are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and

28 U.S.C. § 2461(c) because these funds represent property constituting, or derived from proceeds obtained, directly or indirectly, as a result of the violations alleged in the Information.  Further, defendant AMJAD SHEIKH-ALI agreed to the entry of a forfeiture judgment in the amount of $698,014.22, and further agreed to the entry of a preliminary order of forfeiture in that amount.

5. Accordingly, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the United States requests that this Court enter a preliminary order of forfeiture against defendant AMJAD SHEIKH-ALI in the amount of $698,014.22.  The government submits that seized funds in the amount of $77,010.58 are available to partially satisfy a forfeiture judgment entered by this Court.

6. If any of the funds in the amount of the $698,014.22 money judgment entered against AMJAD SHEIKH-ALI, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value, or

    e. has been commingled with other property which cannot be divided without difficulty;

the United shall request that this Court order the forfeiture of any other property belonging to the defendant up to the value of $698,014.22 pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), in order to satisfy the money judgment entered by the Court.

7. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) , and to the terms of defendant AMJAD SHEIKH-ALI's plea agreement, the United States seeks forfeiture

of all right, title, and interest that defendant AMJAD SHEIKH-ALI may have in the foregoing funds in the amount of $698,014.22, including seized funds in the amount of $77,010.58, so that the funds may be disposed of according to law.

8. Pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the government requests that the United States Department of Treasury seize and take custody of seized funds in the amount of $77,010.58, for disposition according to law.

9. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), upon the entry of a preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the property according to law. The United States may also, pursuant to statute, to the extent practicable, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture as a substitute for published notice as to those persons so notified. The government is unaware, at this time, of anyone who qualifies for such notice.

10. Pursuant to the provisions of 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), any persons other than the defendant, asserting a legal claim in the property which has been ordered forfeit to the United States may, within thirty days of the final publication of notice or this receipt of notice under paragraph nine (9), whichever is earlier, petition this Court for a hearing to adjudicate the validity of this alleged interest in the property. The hearing shall be held before the Court alone, without a jury.

11. Following the Court's disposition of all third parties interests, the government will request that the Court, if appropriate, enter a final order of forfeiture as to the property that is the

subject of this preliminary order of forfeiture, which shall vest clear title in the United States of America.

12. The United States requests that the terms and conditions of the preliminary order of forfeiture entered by the Court be made part of the sentence imposed against defendant AMJAD SHEIKH-ALI and included in any judgment and commitment order entered in this case against him

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to funds in the amount of 698,014.22, including seized funds in the amount of $77,010.58, in accordance with the draft preliminary order of forfeiture which is submitted herewith.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:  s/ James M. Kuhn, Sr.
   JAMES M. KUHN, SR.
   Assistant United States Attorney
   219 South Dearborn, Room 500
   Chicago, Illinois 60604
   (312) 353-1877
   james.kuhn @ usdoj.gov