Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 793 | **DATE** | 5/6/2008 |
| **CASE TITLE** | USA vs. Amjad Sheikh-Ali | | |

**DOCKET ENTRY TEXT**

Sentencing held. Government's motion for preliminary order of forfeiture is granted. Enter Order. Clerk of Court is directed to terminate all pending motions and deadlines.

01:00

| | Courtroom Deputy Initials: | OR |
|---|---|---|